Next case is 510066, Zerjal v. Daech & Bauer Construction, Inc. We have Mr. Bates for the appellant and Mr. McDonald for the appellant. Mr. Bates, you're next. May it please the court, Mr. McDonald and Mrs. Zerjal. In preparing for the hearing today, I was thinking about a client that I had some 20 years ago, a fellow by the name of Les, and Les was a fellow from Missouri, and had a pesky neighbor problem. I think you guys know what a pesky neighbor problem is. It's where two people just can't get along no matter what happens. And it took us about three or four years to get to the point where we actually went to trial on the case. And every day it seemed like I was getting some sort of a message or a phone call from Les about this pesky neighbor. And it was clear that this guy had ruined Les's life and his family. And I remember thinking that it was odd how quickly the case had changed. When the first question to that position was asked by the opposing counsel, Les goes, what do you think of my client? And Les sits back and goes, oh, I think he's an okay guy. Four years after going through all the hell. Well, I say that because this case has been as long for me as it was for Les being a pesky neighbor. I have been trying in my darndest for more than a decade to get a case like this before this court, but unfortunately I've not been able to do so for a variety of circumstances. And I've tried to make that point clear in my brief. Most of the time when we deal with a house inspection case, the home inspector, who's either a member of OSHE or not, he uses their form of contracts, requires arbitration. And as a result, the court has declined to review the situation with regards to home inspectors at all. And we don't have any law in Illinois as to what is the duty that a home inspector owes to a client as they perform a home inspection. Today I'm asking this court to consider a global change in the way that Illinois looks at home inspectors. And I'm asking the court to adopt a policy that is in line with how we deal with every other professional in the state. It's a significant case. Do you think that the legislature is going to appreciate us doing that if the law doesn't support it? Judge, I will say this. There's been a thousand occasions where the legislature has failed to do their job and the courts have found it necessary to start to comp. We can talk about civil rights. We can talk about medical malpractice. We can talk about just about any subject there is. It's up to this court, or it's up to some court somewhere in Illinois, to say consumers are getting a raw deal from home inspectors. It's impossible for me to believe that we are... That's a judicial function for us to do that? It's kind of like a policy, a social policy function, isn't it? Well, as the Supreme Court said, it's our job to stand up and apologize. It's our job to stand up and make things right. Is that one of his assents? Sir? Never mind. Well, I think it is this court's responsibility to cure problems. Not, as Judge Weston mentioned, that it's probably more suitable for the legislature to pass laws. I think the legislature should have done this before, but I don't think it's going to do so until this court makes it clear that the public policy of the state of Illinois requires it. Now, how is the legislature responsible? They'll be able to then make a legislative decision. But this court can't ignore the fact that a consumer has been absolutely destroyed as a result of a reliance on a skilled professional. And if it does so, then we're telling everybody in Illinois that you're allowing illusory services to be offered by licensed professionals. I, as a lawyer, can't go in there and exploitate myself. Engineers can't do it. Architects can't do it. Real estate appraisers can't do it. Realtors can't do it. But for some reason, home inspectors are allowed to go in there, perform what is essentially an illusory inspection, and then say, well, look, we screwed up. We're sorry. Here's your money back. Meanwhile, people like the Zergels, young families with small children, have lost everything that they have ever obtained and are bound to that for decades to come. Well, let's deal with the understanding that things happen. Sometimes the courts have to change them. What about the statute of limitations? Well, I think the UCC1 amendment makes it very clear that the legislative policy in this state is not to allow consumers to be duped by language that is hidden in the contracts. I brought, as I mentioned, I overheard Councillor Orri talking about not bringing props to oral arguments, and I don't agree with that. But this is the home inspection report that my client received after an hour-and-a-half long inspection. There's a copy of the record, but it's attached to the complaint. So this is the actual one, and it's a bound copy, lots and lots of pre-printed language. On the back of one of the pages, in non-contiguous type, no change in typeface whatsoever, the second sentence of the paragraph is where the statute of limitations is the language is located. My client had no idea they were giving up a valuable right when they signed this piece of paper that said, please inspect our house and tell us whether we should buy this for our family or not. No idea. Did they read that before they signed it? Well, first off, the record is silent because it was a legal issue that brought us here today. It was never a factual basis for this court to allow it. Is there a signature down there anywhere? This deserves a signature on the document. We can't presume that they read it before they signed it? Well, I think the law will say that you have to presume that a party has read the contract that they've signed. I think, practically speaking, in this court's long history of protecting consumers, it's clear that we don't always make consumers responsible for their signatures on adhesive-type contracts. One of the problems that we've had in these cases, and I've talked to the other fellows that practice this law from a plaintiff's perspective, is that we can't ever really conduct discovery on how adhesive the contracts are. Because as soon as we file a case, the court says, this is an arbitration hearing. Go see the arbitrator. And the arbitrator says, I'm not letting you conduct global discovery on these things because it's outside my purview. You can just conduct discovery on this case. So at this time, in this state of the law, I don't know how many different forms of contracts there are. Although I can tell you from experience, I think there's only two. I don't know how often, performance inspections that aren't part of ASHA or NAHI. I haven't seen very many that aren't. But the reality of this is that we just don't have a fundamental record for anyone to figure out exactly what's going on in this industry at this time. So again, by allowing this case to continue, at least to see if I can make my case of negligence for professional negligence against a home inspector, I'll at least be able to establish what the custom and trade usage is. It's very difficult. Let me ask you a real quick question. I'm confused. If it's a one-year statute of limitation or a two-year statute of limitation, that's contended by the inspector. Your position is it's 10 years, right? I think it's a breach of contract, so the breach of contract statute would apply. There's also the shorter statute of limitation which is contained in the building inspection or the building statute, which calls that a four-year statute of limitation, but that also provides for a discovery rule with a 10-year statute of limitations. The other part that I don't like about this particular contract provision, it doesn't seem to entertain or even question the availability of a discovery rule. Under the inspector's perspective, it's a drop-dead statute. If you don't file a claim within such a period of time, you're done. In our perspective, how are we supposed to know we even have a claim until the house actually starts to show the sign that it should? So, at least in one court, Madison County, recently, I convinced the court there that the lack of a discovery rule's negation in the contract was the basis for us to keep this case alive. And I think this court can also find that because there's no mention of discovery rule in one way or the other in this contract, it is at least reasonable to construe it that the statute doesn't begin to run until the parties have a reasonable opportunity to discover the negligence of the home inspector. Okay, the drop or dismiss, those are evidence in the record about when they claim they discovered it? Only in my complaint, and all of the other facts seem to be true. And I believe in my complaint, I indicate that they found it shortly before we filed the actual complaint. As I was mentioning earlier, some significant changes are taking place in America in general. I brought a copy of the Time magazine from last week that shows that we're rethinking home ownership because of the risks associated for ordinary families in buying homes anymore, bringing the focus of the article is not so much on home inspectors but on the issue of financing of those homes. But part of the article that applies here is the fact that HUD is not considering requiring as part of its financing regulations to have a home inspection required for every single home that they get involved in. We're going to see an increased role for home inspectors, not a small role. In preparing this hearing, I also went to the OCHI website in order to see what they had in terms of information available to other consumers and its members. And I was surprised, frankly, to learn that OCHI itself recommends that there be no exculpation clauses unless there's been an honest negotiation between the consumers and the homeholder. And if you check that website, they would see that policy statement by OCHI. I was also surprised to learn that there are other states that have legislatively enacted regulations with regards to home inspectors. For example, Oregon requires a home inspector to carry a $100,000 policy when they perform inspections. New Jersey, by judicial decree, entered into the practice of exculpation clauses, and New Jersey's now adopted a statutory scheme that provides that home inspectors must be licensed. I think what we're trying to show here is that there is a necessity here to reallocate the risk associated with bad house inspections. Right now, the homeowner who's buying this house has to bear 100% of the risk. By this court adopting the same principles adopted in products liability, other professionals, we can allocate that risk more carefully. How did the home inspector get involved in the transaction here? Did your client go out and hire him? Well, I think the typical, from my recollection of this case, the realtor who brought the reservables to this house said there's a number of home inspectors I've worked with in the past. There's two or three names. And, you know, call one of these guys and see if they're available. They had placed the offer on the home. There was a two- or three-week window of opportunity to perform the inspection. And I think Mr. Fizer... Were they just being extra careful to get a home inspector? Or was that part of their financing requirements? Well, VA, FHA all require home inspectors as part of their financing requirements. I don't know that they... I think they were FHA alone. I think it was required under their contract, but I don't want to say that. It's certainly not part of the record. But they selected this Mr. Feest. I think it's a reasonable statement. I don't know if that's completely accurate, but it's a reasonable statement. If you look in the folder, there's a listing under home inspectors. There's maybe 15 or 20 different companies in the Belleville area that offer home inspections. But my recollection is the realtor said this is a fellow that does home inspections in the area. Is your position that the public policy of the state would be that the home inspectors should be guarantors of their work and have a warranty for latent or patent defects? Or is it making a difference? Well, again, one of the reasons is not... Step back. OVRE, which has the oversight regulation for home inspectors, has specified what are the standards that appear to be exercised by a home inspector. We haven't even gotten to that step yet because the court says below, as a matter of law, we find these exploitation clauses to be enforceable. So at this point, I can't even bring you a record to show you that this home inspector fell so miserably that he could not possibly have complied with the law. So I'd like an opportunity to go back and look at that at this point in time. And I think if we can show that a home inspector has failed to meet the standards of the profession, either as established by the profession or by an administrative agency such as OVRE, then I think we should be allowed to prevail on a foreseeability theory. What was foreseeable for this home inspector when it came back to the property inspection? What was your complaint, Captain? Contract or negligence? Mine has to be professional negligence. And I have to go back and look at the actual complaint. But typically, I would do both breach of contract and professional negligence. It may be a mixed bag at this point. Clearly, when I followed, I was intending on creating a case that could be brought up at this point to see if it would clarify the law. I told my clients in the get-go that Illinois was not clear as far as how it was going to handle these things. And they were well aware of it. The bottom line here is that the home inspector could have easily resolved these issues by improving his own professional approach to this case in the first place. He could have sat down and said, look, I want you to understand this contract in more clear terms than what's printed on the page. I want you to have a time to look at this. I'm going to send you out a copy two weeks ahead of time or two days ahead of time. I want you to review it. But given the small window of opportunity that any homebuyer has to perform these services, it's not likely that they're going to spend time looking at it. Why is there such a small window? Because the offer is made on Monday. And then the closing is required to be made 30 days or 45 days later in a typical residential transaction. So there's not a lot of time to just simply slow down and go hire a lawyer or even consult with other home inspectors. In addition to that, you have the homeowners usually moving from one location to another. So there's a deadline to get out of their old apartment or get out of their own home. There is a problem having to maintain your employment while you're doing all these things. And in this case in particular, we have a very young couple who has zero experience in purchasing a home. So they themselves don't even know what to look for. They're totally reliant on the expertise of this home inspector as he conducts this inspection. So he comes up, he appears to be a professional, he's got a license from the state of Illinois, he says I'm qualified to do this, you can trust me. He goes to the house, he says I would buy this house, it looks good to me. The home builder went belly up, I guess, Frank, perhaps that's the problem here. You've got the default judgment. Any responsibility on the part of novice homeowners to go out and check who's building the building in the first place? Would that make sense? It's a deceptive situation because this is not a new home. This home was probably built in the 1940s or 50s. And what we have come to understand is that Beckenbauer had actually been offered or had actually been contracted by the previous homeowner to do work on the house. The homeowner declined to do the work and Beckenbauer made him an offer to buy the house. When you go buy a used car, a lot of times you call up who owned the car before. That's just common sense. Sure. Do you think you'd do the same thing buying a home if you talked to the biggest investor? Couple's life. I think there's some possibility. Would that solve some of the problems? Or answer some of their... The answer is not really. We try to solve some of these problems. The Residential Real Estate Disclosure Act says that it's no longer a caveat indoor in the state that the homeowner has an affirmative duty to disclose those material defects that they are aware of in the home. Beckenbauer gets the exception because Beckenbauer says, we've never lived in this house, we can't tell you what's wrong with this house, and that's the way the law is written. Beckenbauer says, because we don't live there, we don't have to disclose anything other than the fact that we didn't live in this house. That's all they're required to do under that disclosure. If they had bought directly from the owner prior to Beckenbauer, then they would have gotten information from the other owners. We have a problem with the electrical system, we have a problem with water filtration, we have a problem with this, we have a problem with that. They get screwed. You all know what it means. There is no occupancy permit in this area? Not sure. Probably some sort of a residential inspection process. Okay. Then did the agreement they signed, did he say that it would conform to all the codes in the area? Unfortunately, it was developed over a multi-contract and basically it's an as-is contract. He didn't mention, is this a BOCA code area where the village requires BOCA code or whatever else in the city? Most of St. Clair County is. So then it wouldn't be accepted unless it passed the BOCA code? Well, the answer is no because all the occupancy does is say that you can't occupy a place until the code is satisfied from a health safety perspective. They can still buy it. So then they also have a city inspector problem. Well, city inspectors are never intended to provide... I mean, did they violate the code at that point? The inspector says no. The city inspector says, we can't let you live in this house because there's a defect in this house that is dangerous to your life and safety. And that's as far as the building inspector goes. He's not there to say, look, if you buy this house, you're going to have $40,000 in drywall repairs in the next two years. No, what I'm trying to say is does he inspect it to make sure that it, the village inspector, that it passes the BOCA code or is that only on new construction? No. Or remodeling? When you transfer a house from one person to another, the building inspector comes out to make sure that you are in current compliance with the code. Right. However, grant filing conditions do not require it to be changed. Oh, really? Really. Only if you undertake a construction project are you required to update that construction. So you come out and you say, well, this is an old used box, but it's okay because when it was put in it was fine, it was a 60 inch surface. Right. Right, so he doesn't have that same, the primary difference here is that he doesn't have a fiduciary obligation to the homeowner. The home inspectors, under their own code of ethics, have a fiduciary obligation. And you put a restriction on a $750 live build. Well, in this case, it's just a $250. Oh, is it $250? I thought it was $250. $250. Yeah, you pay me $250 if I screw it up I'm going to get it back to you. But, as you can see from the back panel here, the surgeons will spend another $75,000 to $80,000 to rehabilitate the house if they lose $90,000 to begin with. In areas where there are, or states where there are liability to the home inspector, do they set their fee based on the value of the premises, a percentage? I've never seen that happen. So, in other words, for $250 he's going to give you an insurance policy to cover whatever it is if he has it, I'm sure, on a million dollar home. That's what I'm getting at. I think that a home inspector will set the price based on how many hours he's going to spend. And not on the value he could be liable for. I don't think so. Now, what I did see happening in Illinois for a little while was that some inspectors were presenting contracts that said, look, we're going to give you a waiver of our exploitation clauses if you can pay us $1,500 for this inspection. If you don't want that exploitation to be removed, then our fee is $250. Those contracts, for some reason, disappeared starting about 2008 and I haven't seen them since. But every one of those contracts also contained an arbitration clause. So, those never got reviewed again. So, now we're back to the old style again, which is simply, this is how it is. If you don't like it, go hire somebody else. But the problem is, there's nobody else to hire because they all have the same exploitation clause. Well, what I was getting at is your fee would be, I would think, in line with the possible liability. I suspect that if the court approves a change to the policy and the legislature follows it, that we're going to see a slight increase in the cost associated with house inspectors. But I also suspect that we're going to see the really bad and really negligent house inspectors getting out of business in a hurry because they'll be uninsured. Your first or second claim, you're simply not going to be able to get them. Well, similar to the, like the termite house inspector. Do their contracts vary as to the value of premises, usually? I don't know. Yes, they do. Okay. Absolutely. Thank you. I have an opportunity for rebuttal. Mr. McDonough. We've heard a good deal this morning about policy issues that have been and should be addressed to the policy making arm of our state government and that would be the legislature. I don't believe it's for this court to make that policy. The issue here is very simple. Whether the trial court's dismissal of my client, the home inspector, can be sustained on either of the two grounds asserted in the motion to dismiss. Number one, the timeliness of the suit, contract on the contract, filed within two years of the date of the inspection. The suit was not filed until more than three years after date of inspection. What if you didn't discover the defect within two years? Then I think the plaintiff should make a case that due to those circumstances, whatever they might have been, he was prevented from discovering that he had a cause of action during the period set forth in the contract. No such show has been made here. No explanation as to why the delay occurred. There certainly has been no hint of any misconduct on the part of the defendant, which sometimes serves as a basis for                                                                           the plaintiff to make a case that    discovering   cause of action during the period set forth in the contract. I think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth in the contract. I think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth in the contract. I think the plaintiff should make a case that he was prevented from  a cause of action during the period set forth in the contract. I think the plaintiff should make a case that he was  from discovering  cause of action   set forth in the  I think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth in the contract.  think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth in the contract. I think the plaintiff should make a case that he    discovering  cause of action during the period  in the contract. I think the plaintiff should make a case that he was prevented from discovering a cause of action during the period  in the contract. I think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth in the contract. I think the plaintiff  make a case that he was prevented from discovering a cause of action during the period in the contract. I think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth. I     make a case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make    prevented  discovering a cause of action during the period set forth. I think the plaintiff should make a case that he was prevented from discovering a  action during the   forth. I think the  should make a case that he was prevented from discovering a cause of action during the period set forth. I think   should  a case       cause of action during the period set forth. I think the plaintiff should make a case that he was prevented from   cause of action during  period set forth. I think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth. I  the plaintiff should  a case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make a case that he was  from  a cause of   the period set forth. I think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make a case that he was  from discovering a  action during the period set forth. I think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth.      make a case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make  that he  prevented from discovering  cause of action during the period set forth. I think the plaintiff should make a case that he was prevented from discovering a  action during the period set forth.  think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth. I think the  should make a case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make a case that he was prevented from  a cause of action during the period set forth. I think the plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth. I think   should  a case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make a case          the period set forth. I think the plaintiff should make a case that he was prevented from discovering a cause of action during the   forth. I think  plaintiff should make a case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make   that he   from discovering a cause of action during the period set forth. I think the plaintiff should make a case that he    discovering a cause of action during the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make      discovering a cause of action during the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of  during the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action  the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action during  period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action during the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause     period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the   forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the  set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from  a cause of action the period set  I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make    was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of   period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he   from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was  from   cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should    he       action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of  the        make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that  was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of          make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the      plaintiff should make that case that he was prevented from discovering a cause of action the period set forth. I think the plaintiff should make that case that he was        period set forth. I think the plaintiff should make that case that he was prevented from discovering a cause of action the court should make       discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court    case that he was prevented from  a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that     discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make   he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should  that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of  the court should make that case that he was prevented from discovering a cause of action the court should make that case that he   from    action  court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering  cause of action the  should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the   make that case that he was prevented from discovering a cause of action the court should make that case that he was   discovering  cause of   court should make that case that he was prevented from discovering a cause of action the court should make that case that he was   discovering a cause of   court should make that case that he was prevented from discovering a cause of action the court should make that case that he was     prevented from discovering a cause of   court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action   should   case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from  a cause of action the court should    he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering  cause of  the  should make  case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the  should make  case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should     was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a         he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of   court should make that case that  was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of     make that  he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of  the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of   court  make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action   should  that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that     from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court   that case that  was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that  was    a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from discovering a cause of action the court should make  case that he was     cause of action the court should make that case that he was prevented from discovering a cause of action the court should make         cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that case that he was prevented from   cause of action the court should make that case that he was prevented from discovering a cause of action the court should make that           court should make that case that he was prevented from discovering a cause of action the court should make that          the court should make that case that he was prevented from discovering a cause of action the court should make that